UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



PETER I. CAMPBELL and JENNIFER FRANKEL,

            Plaintiffs,

-v-

No. 08 Civ. 8108 (RJS)
ORDER

NRT, LLC d/b/a COLDWELL BANKER
RESIDENTIAL BROKERAGE, WILLIAM
TAYLOR, and CLARISSA TAYLOR,

            Defendants.

RICHARD J. SULLIVAN, District Judge:

      The Court conducted a conference in this matter on July 9, 2009, which was attended by counsel for all parties. For the reasons stated on the record at the conference, IT IS HEREBY ORDERED THAT the motion to dismiss filed by Defendants William and Clarissa Taylor is denied.

      IT IS FURTHER ORDERED THAT, by July 17, 2009, the parties shall jointly submit to the Court a proposed case management plan and scheduling order. A template for the proposed order is available at http://www1.nysd.uscourts.gov/cases/show.php?db=judge_info&id=347.

      The Clerk of the Court is respectfully directed to terminate the motion docketed as document number 19.

SO ORDERED.

Dated:    July 9, 2009
           New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE