UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER I. CAMPBELL and JENNIFER FRANKEL,

Plaintiffs,

-v-

NRT, LLC d/b/a COLDWELL BANKER
RESIDENTIAL BROKERAGE, WILLIAM
TAYLOR, and CLARISSA TAYLOR,

Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09

No. 08 Civ. 8108 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of three letters concerning discovery in the above-captioned matter: the October 29, 2009 letter submitted by Defendant NRT, LLC d/b/a Coldwell Banker Residential Brokerage ("CBRB"), the October 30, 2009 letter submitted by Defendants Clarissa and William Taylor, and the October 30, 2009 letter submitted by Plaintiffs. CBRB requests a one-week extension of the deadline to complete fact discovery, in part so that it can depose Plaintiff Jennifer Frankel. Plaintiffs agree that Ms. Frankel's deposition can and should take place next week, but nonetheless oppose the request for an extension of the deadline. The request for a one-week extension is hereby GRANTED, and the deadline for the completion of fact discovery shall be November 6, 2009. All other deadlines set forth in the Court's July 20, 2009 Case Management Plan and Scheduling Order shall remain in effect.

CBRB's letter also makes reference to additional discovery that it hopes to accomplish next week if the extension is granted. Plaintiffs take issue with some of that contemplated discovery. Contrary to Plaintiffs' reading of CBRB's letter, though, the Court does not interpret CBRB to be requesting judicial intervention with regard to the contemplated discovery

referenced in the letter. If any disagreements over the contemplated discovery ripen into full-blown discovery disputes requiring judicial intervention, the parties may submit a joint letter to that effect in accordance with my individual practices.

SO ORDERED.

Dated:	October 30, 2009
	New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE